STATE v. DOVE

No. 410P98

Case below: 130 N.C.App. 758

Motion by Attorney General for temporary stay denied 18 September 1998. Petition by Attorney General for writ of supersedeas denied 18 September 1998.

STATE v. FOUST

No. 333P98

Case below: 130 N.C.App. 152

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 8 October 1998. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 October 1998.

STATE v. FOY

No. 357P98

Case below: 130 N.C.App. 466

Motion by Attorney General for temporary stay allowed 21 August 1998. Petition by Attorney General for writ of supersedeas denied and stay dissolved 14 September 1998. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 14 September 1998. Motion by defendant (Foy) to expedite determination of State's petition for discretionary review and writ of supersedeas allowed 14 September 1998.

STATE v. FULLWOOD

No. 37A86-4

Case below: Buncombe County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Buncombe County denied 8 October 1998. Motion by defendant for temporary stay of ruling on petition for writ of certiorari denied 8 October 1998. Justice Orr recused.